| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Dabrowski, Albert S. | 2. Court or Organization United States Bankruptcy Court | 3. Date of Report 06/01/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address United States Courthouse 450 Main Street (7th Floor) Hartford, Connecticut 06103 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dabrowski, Albert S. | 06/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | State of Connecticut | State Funded Sewer Project (connected 2011)\re Old Lyme Property (see Part VII, p.3) (20 yr pay period) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dabrowski, Albert S. | 06/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking, Savings | A | Interest | J | T | | | | | |
| 2. TD BankNorth - Checking, Savings | A | Interest | K | T | | | | | |
| 3. Real Property, Old Lyme, Connecticut | | None | O | W | | | | | |
| 4. Time Share, Cancun, Mexico | | None | K | W | | | | | |
| 5. T Rowe Price Blue Chip Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 6. T Rowe Price Media & Telecom. Mutual Fund | A | Dividend | K | T | | | | | |
| 7. T Rowe Price Capital Appreciation Mutual Fund | A | Dividend | J | T | | | | | |
| 8. Janus Twenty Mutual Fund | A | Dividend | L | T | | | | | |
| 9. Janus Enterprise Mutual Fund | A | Dividend | L | T | | | | | |
| 10. Janus Global Select Mutual Fund f/k/a Orion Fund | A | Dividend | J | T | | | | | |
| 11. Janus Growth & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 12. American Mutual Fund -- SmallCapWorld (SCW) | A | Dividend | | | Open | 02/18/11 | K | | Inherited IRA |
| 13. | | | | | Distributed (part) | 02/18/11 | J | | To TD BankNorth Account |
| 14. | | | | | Redeemed (part) | 04/05/11 | J | | Exchange Redemption GVT |
| 15. | | | | | Closed | 11/03/11 | K | A | By Rebalance Exchange Rede |
| 16. American Mutual Fund -- Euro Pacifric (EP) | A | Dividend | | | Open | 02/10/11 | K | | Inherited IRA |
| 17. | | | | | Distributed (part) | 02/18/11 | J | | To TD NorthBank Account |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Closed | 04/05/11 | K | A | By Exchange Redemption |
| 19. American Mutual Fund -- Cap Income (CAI) | A | Dividend | J | T | Open | 02/10/11 | K | | Inherited IRA |
| 20. | | | | | Distributed (part) | 02/18/11 | J | | To TD BankNorth Account |
| 21. | | | | | Redeemed (part) | 04/05/11 | J | | Exchange Redemption GVT |
| 22. | | | | | Redeemed (part) | 11/03/11 | J | | Rebalance Exchange Redempt |
| 23. American Mutual Fund --US Govt SEC (GVT) | B | Interest | M | T | Open | 02/10/11 | K | | Inherited IRA |
| 24. | | | | | Distributed (part) | 02/18/11 | J | | To TD North Bank Account |
| 25. | | | | | Buy (add'l) | 04/05/11 | J | | Exchange Redempt from CAI |
| 26. | | | | | Buy (add'l) | 04/05/11 | K | | Exchange Redempt from EP |
| 27. | | | | | Buy (add'l) | 04/05/11 | J | | Exchange Redempt from SCW |
| 28. | | | | | Buy (add'l) | 11/03/11 | K | | Rebalance Exch SCW & CAI |
| 29. Stifel Nicolaus & Co.- Money Market Account | A | Interest | | | Closed | 05/05/11 | K | A | |
| 30. Les Femmes Fiscal Investment Club | A | Dividend | J | T | | | | | See Note, Part VIII |
| 31. Berkshire Hathaway Common Stock B | A | Dividend | J | T | | | | | |
| 32. TJ Maxx Common Stock | A | Dividend | J | T | | | | | |
| 33. Ford Motor Company Common Stock | A | Dividend | J | T | | | | | |
| 34. Metropolitan Life Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dabrowski, Albert S. | 06/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note --Re: Part VII, paragraphs 30-33, inclusive (Les Femmes Fiscal)

    Stocks reported therein held      through    participation in investment club -- Les Femmes Fiscal --collectively reported and valued (Re "Income during reporting period" & "Gross value at end of reporting period"), as reported at Part VII, paragraph 30, as well as indiviudually reported and valued.

| Name of Person Reporting | Date of Report |
|---|---|
| Dabrowski, Albert S. | 06/01/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Albert S. Dabrowski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544